JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, et al.,<br><br>    Defendants. | Case No.  CV 24-2678-GW-SKx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 16, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE